UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

**-vs-**                                                                                          **Case No.  2:03cr20011-1D**

**ANTHONY WOOTEN**

_____

# ORDER APPOINTING COUNSEL PURSUANT TO
# THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

## APPOINTMENT OF COUNSEL

- L. Daniel Johnson, a member of the Criminal Justice Act Panel of this District, is appointed as counsel for the defendant.

## TYPE OF APPOINTMENT

- Probation/Supervised Release Violation

**DONE** and **ORDERED** in 167 North Main, Memphis,  this _____ day of June, 2006.

_____
JAMES H. ALLEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
ANTHONY WOOTEN